JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VENTURA MARRERO,<br><br>           Petitioner,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>           Respondent. | Case No. CV 25-06968-DMG (PD)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: October 24, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE